# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 8, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Sep 10, 2021
DEBORAH S. HUNT, Clerk

      Re: Joseph Constant
           v. DTE Electric Company, aka DTE Energy, aka Detroit Edison
           Company, aka DTE, et al.
           No. 21-360
           (Your No. 20-1514)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 31, 2021 and placed on the docket September 8, 2021 as No. 21-360.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Jacob A. Levitan
      Case Analyst